FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 21 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
<u>UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Eastern DIVISION**

CASE NO. <u>4:22-cv-00055-BSM-JTK</u>

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Adam Staeden
ADC # 162813

Address: 735 S. Neely St. Benton, Ar. 72015

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge Miller
and to Magistrate Judge Kearney

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Rodney Wright
Position: Sheriff
Place of employment: Saline County Jail
Address: 735 S. Neeley St. Benton, Ar 72015

Name of defendant: Tonya Parker
Position: Sgt / Notery

-4-

Place of employment: Saline County Jail

Address: 735 S. Neeley St. Benton, Ar 72015

Name of defendant: Philliph Bentley

Position: Sgt. / Transport - ADC

Place of employment: Saline County Jail

Address: 735 S. Neeley St. Benton, Ar 72015

Name of defendant: /

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: N/A

Defendants: N/A

- ☐ Court (if federal court, name the district; if state court, name the county): **N/A**
- ☐ Docket Number: **N/A**
- ☐ Name of judge to whom case was assigned: **N/A**
- ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) **N/A**
- ☐ Approximate date of filing lawsuit: **N/A**
- ☐ Approximate date of disposition: **N/A**

IV. Place of present confinement: **N/A**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

**✓** in jail and still awaiting trial on pending criminal charges

____ serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes **X**   No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes X    No ___

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Sheriff Rodney Wright knows about the said information and does nothing about it. Tonya Parker did not give me notary. Phillliph Benlty answer some grievances but the matter still not resolved. Their is a nurse to this that I informing you about said information, but cannot get her name. She work on 12/1/21 also today 1/18/22. I'm attaching a piece of paper with grievance information off the kiosk written myself due to fact everything on kiosk and the only way anything can be filled out it's attached to the back ⟶

12/1/21     Grievance — Status: Pending 8:00 Am

12/2/21     Grievance — Status: Pending 9:16 Am

12/3/21     Grievance — Status: Escalated 10:25 am

1) I've been in your custody for approxima 60 days. During my incarceration youre nurse has told me that they don't give diets here. I did replay with my license physician requires me to have a 3600 calories a day. She answered saying that Still we don't do that here I believe this issue is life threatening. I've had no contact with anyone in my immediate family in order to confirm this diet.

2) It has been passed the allotted time to answer my grievance.

3) I believe your facility has violated my rights by not having the appropriate answer to my grievance. I'm in fear of retaliation against me for my medical problems if your facility can not provide me with the proper nutrients if needs then I suggeste that you get me to one that can. my life is in jeopardy

12/6/21 5:13 pm Grievance - Status Pending
Still no resolution has been done to any of my concrens with my well being I've put sick call after sick call and grievance after grievance and still nothing.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want compensated for my pain and suffering due to neglect of medical and my 8th amendment rights violated

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 18 day of Janury, 2022.

_____

_____

Signature(s) of plaintiff(s)

Adam Staeden ADC #162813
735 S. Neely St.
Benton, Ar. 72015

LITTLE ROCK AR 720
19 JAN 2022 PM 3

Legal Mail

United States District Court
Clerk office
600 West Capitol Avenue
Suite A-149
Little Rock, Ar. 72201-3325

72201-339919