IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM STAEDEN**
*ADC #162813*　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　**CASE NO. 4:22-CV-00055-BSM-JTK**

**RODNEY WRIGHT,**
*Sheriff, Saline County, et al.*　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

**ORDER**

　　Adam Staeden has not responded to the January 24, 2022 order directing him to pay the $402 filing fee or file a complete motion to proceed *in forma pauperis* within thirty days [Doc. No. 3].  Staeden was warned that his failure to comply with the order would result in the dismissal of his complaint without prejudice.  Because Staeden has failed to respond, his complaint is dismissed without prejudice for failure to prosecute.  *See* Local Rule 5.5(c)(2).  An *in forma pauperis* appeal would not be taken in good faith.

　　IT IS SO ORDERED this 7th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE