IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM STAEDEN**
*ADC #162813* **PLAINTIFF**

v. CASE NO. 4:22-CV-00055-BSM-JTK

**RODNEY WRIGHT,**
*Sheriff, Saline County, et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE